UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANDA SARAY CABADA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | No. 2:20-cv-01979 AC<br><br><br><br>ORDER |

      Plaintiff filed this Social Security case on October 2, 2020. ECF No. 1. On October 6, 2020, plaintiff was informed that after service of the complaint, this action would be stayed pursuant to General Order Number 615, and there would be no scheduling order or deadlines in effect pending further order of the court. ECF No. 3. Consent/Decline forms were also issued, with a due date of January 7, 2021. ECF No. 5. Plaintiff has not yet filed a consent/decline form.

      The court recognizes that the issuance of the stay and the requirement of submitting Consent/Decline forms may appear contradictory. Nonetheless, in order to efficiently move social security cases forward as stays are lifted, the deadline must be met.

////

////

////

1 |     Accordingly, plaintiff is ORDERED to submit a Consent/Decline form no later than January 25, 2021.  The case remains otherwise stayed.

    IT IS SO ORDERED.

DATED: January 11, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2