```
1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELLINOR R. CODER, CSBN 258258
4  Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (510) 970-4814
        Facsimile: (415) 744-0134
7       E-Mail: Ellinor.Coder@ssa.gov
8  Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| BRIANDA SARAY CABADA,<br><br>             Plaintiff,<br><br>      vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No.: 2:20-cv-01979-JAM-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 7, 2021, up to and including July 7, 2021.  This is the parties' first request for an extension.  Defendant requests additional time to consider the issues that Plaintiff raised in light of the administrative record and findings, and to consult with agency personnel.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  June 7, 2021 | /s/ *Omar Ortega**  <br>(*as authorized via e-mail on June 7, 2021)<br>OMAR ORTEGA<br>Attorney for Plaintiff |
| DATED: June 7, 2021 | PHILLIP A. TALBERT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | /s/ *Ellinor R. Coder*  <br>ELLINOR R. CODER<br>Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 7, 2021, to respond to Plaintiff's Motion for Summary Judgment.

DATED: June 9, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE